Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOMINGO SOLACHE-CASTANEDA,<br><br>　　　　　Defendant. | DOCKET NO. 6:14-mj-084-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Domingo SOLACHE-CASTANEDA, was arrested August 3, 2014, in Yosemite National Park and charged with three counts in a Criminal Complaint: Count 1: driving with a suspended license; Count 2: operating a motor vehicle without due care; and Count 3: failing to provide proof of vehicular insurance. SOLACHE-CASTANEDA plead guilty June 9, 2015, to Count 1 and was sentenced to the following: 12 months of unsupervised probation, pay a $500 fine at a rate of $50 a month, obey all laws, and to report new law violations.  A review hearing was set for May 3, 2016 at 10:00 AM.

　　　The Government alleges SOLACHE-CASTANEDA has violated the following condition(s) of his unsupervised probation:

//

1  CHARGE ONE:     FAILURE TO PAY FINE

2  SOLACHE-CASTANEDA was ordered to pay a fine of $500 at a rate of $50 a
3  month. As of April 8, 2016, SOLACHE-CASTANEDA has made no payments.

4  CHARGE TWO:     FAILURE TO OBEY ALL LAWS

5  As a standard condition of probation, SOLACHE-CASTANEDA was ordered to
6  obey all laws. On September 27, 2015, SOLACHE-CASTANEDA was arrested in Santa
7  Ana, CA, for violations of: Charge 1: California Penal Code (CPC) § 136.1(c)(1) –
8  Prevent/dissuade witness through threats or force; Charge 2: CPC § 273.5 – Inflict
9  corporal injury on spouse/cohabitant; and Charge 3: CPC § 243 – Battery. Further,
10 SOLACHE-CASTANEDA has an outstanding Warrant for numerous charges out of San
11 Mateo County, California.

12 CHARGE THREE:   FAILURE TO REPORT NEW LAW ENFORCEMENT CONTACT

13 As a standard condition of probation, SOLACHE-CASTANEDA was ordered to
14 report any new contact with law enforcement within seven days of the incident. On
15 Septmber 27, 2015, SOLACHE-CASTANEDA was arrested on numerous charges in
16 Santa Ana, CA. SOLACHE-CASTANEDA failed to report this incident.

17 The Yosemite Legal Office respectfully requests the above referenced matter,
18 *U.S. v. Domingo Solache-Castaneda*, 6:14-mj-084-MJS, remain on calendar for May 3,
19 2016 at 10:00 AM.

20

21 Dated: April 11, 2016                          By: /s/ Matthew McNease
22                                                Matthew McNease
                                                  Acting Legal Officer
23                                                Yosemite National Park, CA
   //
24
   //
25
   //
26
   //
27
   //
28

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division, Courthouse on May 3, 2016 at 10:00 AM for the reasons set forth above and as ordered at the time of sentencing.

IT IS SO ORDERED.

Dated:   April 13, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE